# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ROBIN CURRAN,**

        **Plaintiff,**

**-vs-**                                             Case No. 6:09-cv-463-Orl-28DAB

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation,**

        **Defendant.**

_____/

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

        This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **AMENDED MOTION FOR ATTORNEY'S FEES (Doc. No. 19)**
>
> **FILED:**       April 17, 2009
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED** based on the precedent of *Jenkins v. Allstate Ins. Co.*, 2008 WL 4934030 (M.D. Fla. Nov. 12, 2008) (Antoon, J.) (denying fees on remand to state court).

        Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

        Recommended in Orlando, Florida on May 7, 2009.

                                          *David A. Baker*
                                  DAVID A. BAKER
                          UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy