# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ROBIN CURRAN,

                Plaintiff,

-vs-                                        Case No. 6:09-cv-463-Orl-28DAB

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign
corporation,

                Defendant.
_____/

## ORDER

This case is before the Court on the Report and Recommendation filed by the United States Magistrate Judge recommending that this case be remanded (Doc. 16).[1] Also before the Court is the Amended Motion for Attorney's Fees (Doc. 19). The United States Magistrate Judge has issued a report recommending that the motion for fees be denied. (Doc. 28).

After an independent *de novo* review of the record in this matter, and consideration of the objections to the Report and Recommendation to remand this case, as well as the Notice of the Status of the State Court Proceedings, the Court agrees entirely with the findings of fact and conclusions of law in both Reports and Recommendations. Therefore, it is **ORDERED** as follows:

---

[1] Plaintiff filed her Motion to Remand the same day the Report and Recommendation issued.

1. That the Report and Recommendation filed April 10, 2009 (Doc. No. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. That the Report and Recommendation filed May 7, 2009 (Doc. No. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

3. This case is remanded to the Eighteenth Judicial Circuit in and for Brevard County, Florida, case number 05-2007-CA-22134.

4. The Amended Motion for Attorney's Fees (Doc. No. 19) is **DENIED**.

5. All pending motions (Motion to Dismiss - Doc. No. 3; Motion to Remand - Doc. 15; and Motion for Hearing and Status Conference - Doc. 29) are **DENIED as moot**.

6. The Clerk is directed to remand this case as instructed above and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 2nd day of July, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party